IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, | 1:09-cv-01701-OWW-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR COURT TO ORDER PRISON OFFICIALS TO PROVIDE COPY OF TRUST ACCOUNT STATEMENT |
| vs. | |
| KEN CLARK, et al., | (Doc. 7) |
| Defendants. | |
| _____/ | |

   Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2009, plaintiff filed a motion for the court to order prison officials to provide him with a proper copy of his prison trust account statement.  (Doc. 7.)

   Pursuant to the court's order of October 1, 2009, plaintiff is required to submit an application to proceed in forma pauperis within 45 days and a copy of his prison trust account statement within 60 days.  Plaintiff states that prison officials have provided him with a copy of his trust account statement that does not comply with the court's order.  Plaintiff should immediately complete and sign the application to proceed in forma pauperis and return it to the court with the trust account statement he has been provided.  Should the court require more information, the court will notify plaintiff by order.  Therefore, plaintiff's motion is moot and shall be denied as such.

   Based on the foregoing, IT IS HEREBY ORDERED plaintiff's motion for the court to order prison officials to provide him with a proper copy of his prison trust account statement is DENIED as moot.

IT IS SO ORDERED.

Dated:   October 14, 2009              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE