# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, | 1:09-cv-01701-OWW-SMS-PC |
| Plaintiff, | ORDER DENYING MOTION FOR COURT TO CONDUCT INVESTIGATION |
| v. | (Doc. 11.) |
| KEN CLARK, et al., | |
| Defendants. | |

Vernon D. Carroll ("plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on September 28, 2009. (Doc. 1.) On October 19, 2009, plaintiff filed a motion to "press evidence and investigate actions." (Doc. 11.) Plaintiff requests the court to conduct an investigation into the backgrounds of each of the defendants to this action.

"'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator. 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that plaintiff's motion for the court to conduct an investigation is DENIED.

IT IS SO ORDERED.

**Dated:   November 16, 2009**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE