1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  VERNON D. CARROLL,                    CASE NO. 1:09-cv-01701-OWW-SMS PC

10                    Plaintiff,          ORDER DENYING MOTION TO AMEND
                                          AS UNNECESSARY
11        v.
                                          (Doc. 20)
12  KEN CLARK, et al.,

13                    Defendants.
   _____/

14

15        Plaintiff Vernon D. Carroll, a state prisoner proceeding pro se and in forma pauperis, filed

16  this civil rights action on September 28, 2009.  On January 28, 2011, the Court dismissed Plaintiff's

17  complaint, with leave to amend, for failure to state any claims.  On February 15, 2011, Plaintiff filed

18  an amended complaint and a separate motion seeking leave to amend.

19        In light of the fact that Plaintiff was ordered to file an amended complaint, his motion seeking

20  leave to amend is HEREBY DENIED as unnecessary.

21
22
23
24  IT IS SO ORDERED.

25  **Dated:    February 25, 2011**            _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
26
27
28

1