# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL,<br><br>            Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-01701-OWW-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 18, 20, and 23)<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

   Plaintiff Vernon D. Carroll, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 25, 2011, a Findings and Recommendations was filed in which the Magistrate Judge screened Plaintiff's amended complaint and recommended dismissal of this action for failure to state a claim under section 1983. 28 U.S.C. § 1915A. After receiving an extension of time, Plaintiff filed a timely Objection on April 11, 2011.[1]

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and

---

[1] Plaintiff also seeks an order directing the United States Marshal to initiate service of process. That request is moot in light of this order and is denied.

1

1  Recommendations to be supported by the record and by proper analysis. Plaintiff has not stated any
2  claims for violation of the Eighth Amendment and this action shall be dismissed. In his objections,
3  Plaintiff references contributory and comparative negligence. (Doc. 28, p. 2.) The Court expresses
4  no opinion whether Plaintiff may be able to state any claims under California tort law, as absent a
5  viable federal claim, the Court will not exercise supplemental jurisdiction over state law claims. 28
6  U.S.C. § 1367(a); <u>Herman Family Revocable Trust v. Teddy Bear</u>, 254 F.3d 802, 805 (9th Cir.
7  2001).

8        Accordingly, IT IS HEREBY ORDERED that:
9      1.    The Court adopts the Findings and Recommendations filed on February 25, 2011, in
10         full;
11     2.    This action is dismissed, with prejudice, for failure to state a claim under section
12         1983;
13     3.    The Clerk of the Court shall enter judgment against Plaintiff; and
14     4.    This dismissal counts as a strike under 28 U.S.C. § 1915(g).

16 IT IS SO ORDERED.

17 **Dated:   April 14, 2011**                  **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE